IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NASHID Q. ABDUL-RAHMAN, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CHASE HOME FINANCE CO., LLC, et al., | : | NO. 13-5320 |
| | : | |

## ORDER

**AND NOW,** this 11th day of July, 2014, in consideration of Defendants' Motion to Dismiss for Failure to State a Claim (ECF No. 10), and Plaintiff's response thereto, which is titled as a "Motion to Strike" (ECF No. 13), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part, as follows:

1. Defendants' motion, with regards to Plaintiff's breach of contract claim, is **DENIED**.

2. The remainder of Defendants' motion is **GRANTED**.

3. Plaintiff's Motion to Strike (ECF No. 13) is **DENIED** as moot.

4. A Rule 16 conference is scheduled for August 25, 2014 at 11:00 AM.

BY THE COURT:

/s/ L. Felipe Restrepo
L. Felipe Restrepo
United States District Court Judge